UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/16/2020

LILLIAN RIVERA,

        Petitioner,

        v.

SABINA KAPLAN,

        Respondent.

17-CV-2257 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On September 16, 2020, the Court received the attached letter from Petitioner, dated August 14, 2020, requesting a 30-day extension of time to file objections to Magistrate Judge Netburn's July 20, 2020 Report and Recommendation recommending dismissal of the Petition. Dkt. 43. Petitioner contends she received Judge Netburn's Report and Recommendation on August 3, 2020. The Report and Recommendation provided that the parties "shall have fourteen days from the service of this Report and Recommendation to file written objections pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure." *Id*. Petitioner's objections were thus due on August 17, 2020. In light of the delays in the mail, the Court hereby extends Petitioner's date to file objections to October 16, 2020.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Petitioner.

SO ORDERED.

Dated:    September 16, 2020
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge

8/14/2020

To The Honorable Judge Ronnie

I received a Report and Recommendations from Magistrate Sarah Netburn on August 3rd, 2020, recommending a denial for my Writ of Federal Habeas Corpus petition, however, to date, I have still not been granted access to the Law Library due to the Covid-19 pandemic. I am respectfully requesting a 30 day extension so that I may properly submit a Notice of Objections pursuant to FRCP 72 as well as 28 U.S.C. 636.

In the event that I am not granted this extension, I will be abandoning relevant issues that need to be preserved for the Court of Appeals. I have not engaged in any intentional or dilatory conduct and have exercised my due diligence to gain access to the Law Library since the receipt of such report, however there is a lengthy waiting list being that the facility is merely permitting three people to conduct research per day. I am serving an extremely lengthy sentence of 25 years and pray that my request is granted.

Thank you very much for your time and consideration in this extremely important matter.

Respectfully Submitted

Lillian Rivera

CC: Attorney General
Attn: Letitia James
Department of Law
Capitol Bldg.
Albany, NY 12224

**BEDFORD HILLS CORRECTIONAL FACILITY**
P.O. BOX 1000
BEDFORD HILLS, N.Y. 10507-2499

NAME: Lillian Bueno

BEDFORD HILLS
CORRECTIONAL

DIN: 10G0502

FIRST-CLASS MAIL
$000.50
08/17/2020
US POSTAGE
ZIP 10507
041M11272300

NEOPOST
NY 10507org
17 AUG '20
PM 2 L

Correctional Facility

United States District Court
Attn: The Honorable Pamela Abrams
Southern District of New York
The Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

10007-133099

Legal Mail